# BERTHA C. JORDAN v. ALBERTUS JORDAN and Another.[1]

November 17, 1911.

Nos. 17,356—(105).

**Action to set aside judgment.**

There was no merit in appellant's claim that the evidence did not establish the cause of action set out in the complaint, or in his claim that plaintiff was not entitled to set aside a fraudulent judgment under which the property on which he claimed a lien was about to be sold. [Reporter.]

**Insufficient return on appeal.**

On appeal from an order denying defendant's motion for a new trial, after a trial by the court, where it did not appear by the return that all the evidence received at the trial was before this court, where the findings of fact and the conclusion of law were not returned, and the assignments of error were insufficient to raise any question except that of the right of plaintiff to a dismissal of the action, no question is presented to this court for consideration and decision. [Reporter.]

Action in the district court for Blue Earth county to set aside a judgment against plaintiff for the sum of $512.17, obtained in that court by defendant and another; to cancel the writ of execution by virtue thereof; to annul the sale and levy made pursuant to the execution; to cancel the sheriff's certificate of sale issued pursuant thereto and to cancel any record of the certificate which may have been made in the office of the register of deeds. The case was tried before Pfau, J., who made findings and as conclusion of law found in favor of plaintiff. From an order denying defendant's motion for a new trial upon the grounds of errors occurring at the trial and that the decision was not justified by the evidence and was contrary to law, he appealed. Affirmed.

*Benjamin G. Reynolds* and *Wilson Borst*, for appellant.

*H. L. & J. W. Schmitt*, for respondent.

PER CURIAM.

This is an appeal from an order denying defendant's motion for a new trial after trial by the court without a jury.

It does not appear by the return that all the evidence received at the trial is before this court. The findings of fact and the conclusion of law of the trial court are not returned and the assignments of error are insufficient to raise

[1] Reported in 133 N. W. 1133.

any question except that of the right of plaintiff to a dismissal of the action. In this condition of the record no question is properly presented to this court for consideration and decision. We have, however, considered the two points urged by the appellant—first, that the evidence did not establish the cause of action set out in the complaint; and second, that the plaintiff was not, through any judgment lien, entitled to move to set aside a fraudulent judgment under which the property against which he claimed a lien was about to be sold—and are of the opinion that neither claim of the appellant has merit. In view of the condition of the record, a statement of the facts shown by the record out of which these questions arise is not possible.

Affirmed.